**United States District Court
Central District of California**     JS-6

Gregory Searcy,

                Plaintiff,

    v.

Travelers Property and Casualty Company of America,

                Defendant.



FILED
CLERK, U.S. DISTRICT COURT
AUG 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

LA 18-cv-00042-VAP (AGRx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Gregory Searcy. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   8/16/18

                                      Virginia A. Phillips
                                      United States District Judge